**EPSTEIN & WEIL LLC**
ATTORNEYS AT LAW

225 Broadway
New York, NY 10007

(212) 732-4888

**LLOYD EPSTEIN**
**JUDITH H. WEIL**

October 11, 2018

**Via ECF**
Hon John G. Koeltl
United States District Court
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___10·12·18___

**Re: United States v. Marites Menor**
**Dkt. No. 18-Cr-457 (JGK)**
**Request for Temporary Modification of Bond**

Dear Judge Koeltl.

This letter is to request a modification of the travel conditions on Ms. Menor's bond. I have spoken both to the United States Attorney and Pretrial Services who have no objection. Ms Menor is currently at liberty on a $50,000 bond with her travel limited to the Southern and Eastern Districts of New York.

I request that the Court extend Ms. Menor's travel permission to include the District of New Jersey, upon condition that she provide advance notification to Pretrial Services of any such trip. Ms Menor has family in New Jersey, with whom she is planning to spend Thanksgiving. She would be able to participate in family visits more freely if this modification were made.

Please feel free to have your Chambers contact me if you have any questions.

Sincerely,

Judith Weil

jw pc

cc   AUSA Aline Flodr Flodr, Aline (USANYS)
     AUSA Nicholas Chiuchiolo
     (Via ECF)

     Pretrial Services Officer Keyana Pompey
     (Via Email Keyana_Pompey@nyspt.uscourts.gov)

     Ms Marietas Menor
     (Via Email maritesmenor@gmail.com)

**APPLICATION GRANTED**
**SO ORDERED**

**John G. Koeltl, U.S.D.J.**

10/12/18