**EPSTEIN & WEIL LLC**
ATTORNEYS AT LAW

225 Broadway
New York, NY 10007

(212) 732-4888

LLOYD EPSTEIN
JUDITH H. WEIL

December 4, 2018

Via ECF
Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, NY 10007

Re: United States v. Marites Menor
Dkt. No. 18-Cr-457 (JGK)
Request for Temporary Modification of Bond

Dear Judge Koeltl:

This letter is to request a modification of the travel conditions on Ms. Menor's bond. I have spoken both to the United States Attorney and Pretrial Services who have no objection. Ms. Menor is currently at liberty on a $50,000 bond with her travel limited to the Southern and Eastern Districts of New York and the District of New Jersey.

I request that the Court permit Ms. Menor to travel to the Kalahari Resort, 250 Kalahari boulevard, Pocono Manor PA between December 31, 2018 and January 2, 2019. The resort is a family resort, with indoor water rides where Ms. Menor and her husband and children can spend the New Year's weekend with Ms. Menor's sister and her husband and children.

Please feel free to have your Chambers contact me if you have any questions.

Sincerely,

Judith Weil

jw:pc

cc: AUSA Aline Flodr Flodr, Aline (USANYS)
    AUSA Nicholas Chiuchiolo
    (Via ECF)

    Pretrial Services Officer Keyana Pompey
    (Via Email Keyana_Pompey@nyspt.uscourts.gov)

    Ms. Marietas Menor
    (Via Email maritesmenor@gmail.com)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
12/4/18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 12-4-18