```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

      - against -                          18 Cr. 457 (JGK)

**BETSY MONTALVO & MARITES MENOR,**      ORDER

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The June 26, 2020 conference is adjourned to September 15, 2020 at 9:30 AM.

    In view of the fact that a conference has been scheduled in this matter for September 15, 2020, the Court excludes prospectively the time from today **June 17, 2020,** until **September 15, 2020,** from Speedy Trial Act calculations. The continuance is needed to assure the effective assistance of counsel, and to allow the parties to discuss a disposition short of trial. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 17, 2020**                    /s/ John G. Koeltl
                                                              **John G. Koeltl**
                                                   **United States District Judge**