# EPSTEIN & WEIL LLC

ATTORNEYS AT LAW                                                                                    (212) 732-4888

225 Broadway                                                                                        **LLOYD EPSTEIN**
New York, NY 10007                                                                                  **JUDITH H. WEIL**

July 6, 2020

**Via ECF**
Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, NY 10007

                      **Re: United States v. Marites Menor**
                          Dkt. No. 18-Cr-457 (JGK)
                      **Request for Temporary Modification of Bond**

Dear Judge Koeltl:

      This letter is to request a modification of the travel conditions on Ms. Menor's bond. I have spoken both to the United States Attorney and Pretrial Services who have no objection. Ms. Menor is currently at liberty on a $50,000 bond with her travel limited to the Southern and Eastern Districts of New York and the District of New Jersey.

      I request that the Court permit Ms. Menor to travel to Ballston Spa in the Northern District of New York for a family vacation. If permission is granted, Ms. Menor and her family would make arrangements to stay in a bed and breakfast in Ballston Spa between July 11 and July 14, 2020.

      Please feel free to have your Chambers contact me if you have any questions.

                                    Sincerely,

                                    Judith H. Weil

jw:pc

cc.  AUSA Aline Flodr
     AUSA Nicholas Chiuchiolo
     (Via ECF)

     Pretrial Services Officer Madalyn Toledo
     (Via email Madalyn_Toledo@nyspt.uscourts.gov)

     Ms. Marites Menor
     (Via Email maritesmenor@gmail.com)

---

Application granted.
SO ORDERED.

New York, NY    John G. Koeltl
July 7, 2020    John G. Koeltl, U.S.D.J.