UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

BETSY MONTALVO and MARITES MENOR,
                                 Defendant.
-------------------------------------------------------------X

18 cr 457 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Monday, November 3, 2020, at 10:00am,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **November 3, 2020** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        September 14, 2020