UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

BETSY MONTALVO, et al.

                           Defendants.
-----------------------------------------------------------X

18 cr 457 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, January 6, 2021, at 10:00am,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **January 6, 2021** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                               **JOHN G. KOELTL**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          December 2, 2020