# Epstein & Weil LLC

ATTORNEYS AT LAW                                                          (212) 732-4888

225 Broadway, Ste. 1203                                                   **LLOYD EPSTEIN**
New York, NY 10007                                                        **JUDITH H. WEIL**

June 9, 2021

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/09/2021
```

      Re:    United States v. Marites Menor
                1:18-CR-457-JGK
                Request For Permission to File Under Seal

Dear Judge Koeltl:

      This firm represents Marites Menor in the referenced matter. This Court granted our motion to file our sentencing submission under seal at Dkt. 118. We mistakenly filed the submission publicly at Dkt. 119. We spoke to the Clerk who sealed Dkt. 119. We request that Dkt. 119 remain under seal.

      Do not hesitate to contact me if you have any questions.

                                Sincerely,

                                Judith H. Weil

JW: pc
Enc. (0)

                                APPLICATION GRANTED
                                   SO ORDERED

6/9/21             John G. Koeltl, U.S.D.J.