UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   - against -       18 Cr. 457-3 (JGK)

MARITES MENOR,        ORDER

     Defendant.

JOHN G. KOELTL, District Judge:

Defense counsel should assure that all letters in connection with sentencing are sent by counsel with a copy sent to the Government.

SO ORDERED.

Dated: New York, New York
    June 15, 2021

              John G. Koeltl
             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/15/2021