**EPSTEIN & WEIL LLC**

ATTORNEYS AT LAW　　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 732-4888

225 Broadway　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LLOYD EPSTEIN
New York, NY 10007　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDITH H. WEIL

June 29, 2021

Via ECF
Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, NY 10007

                    Re: **United States v. Marites Menor**
                         Dkt. No. 18-Cr-457 (JGK)
                         **Request for Modification of Travel Conditions**

Dear Judge Koeltl:

      Ms. Menor was sentenced by you on June 23, 2021 to time served and three years of supervised relief. This letter is to request that the travel conditions on Ms. Menor's supervision allow her to travel to the District of New Jersey as well as to the Southern and Eastern Districts of New York, where she has family. She would like to spend the 4th and 5th of July with the rest of her family while they visit an aunt, Olivia Cebrian, who resides at 16 Clarke Street, Jersey City, New Jersey.

      By letter endorsement at Docket No. 36, the Court permitted Ms. Menor to travel to New Jersey while under pre-trial supervision, upon condition that she provide advance notification to Pretrial Services of any such trip. We ask that the Court similarly allow her to travel to New Jersey while under post conviction supervision. She would be able to participate in family visits more freely if this modification were made.

      I have conferred with the government, which has not objection to the granting of this request. Please feel free to have your Chambers contact me if you have any questions.

                                        Sincerely,

                                        *Judith H. Weil*
                                        Judith Weil

jw:pc

cc.  AUSA Aline Flodr Flodr, Aline
      AUSA Nicholas Chiuchiolo
      (Via ECF)

Probation Officer Jana Neiman, jana_nieman@nysp.uscourts.gov

Ms. Marites Menor

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/2021
```

                                                    APPLICATION GRANTED
                                                      SO ORDERED
                                                      /s/ 6/30/21
                                                      John G. Koeltl, U.S.D.J.