UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-                                    18 cr 457-03 (JGK)

**ORDER**

MARITES MENOR,
                Defendant.
------------------------------------------------------------X

The Court, via memo endorsed order of June 29, 2021, allowed the defendant, Marites Menor, to travel to New Jersey while under post-conviction supervision. The Court will add the condition modification to the judgment, as part of her supervised release.

**SO ORDERED.**

                                                          _____
                                                          **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 2, 2021

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-2021
```