# EPSTEIN & WEIL LLC
ATTORNEYS AT LAW

490 West End Avenue
New York, NY 10024

(212) 732-4888

**JUDITH H. WEIL**

July 12, 2021

Via ECF
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> *The Court will include travel to New Jersey as a condition of supervised release in the written judgment.*
>
> *So ordered.*
>
> *JGK/ U.S.D.J.*
> *7/13/21*

Re: United States v. Marites Menor
    1:18-CR-457-JGK

Dear Judge Koeltl:

We write further to the Court's order of July 9, 2021, docketed at number 140. Counsel for Marites Menor confirms our understanding that the Court would impose "a sentence of time-served, to be followed by a sentence of three years supervised release with the standard conditions of supervised release in this district and those recommended by the probation department.

At our request, the Court issued a post sentencing order, by endorsement on June 29, 2021, later docketed at number 135, in which it agreed to vary the standard conditions of supervised release to allow Ms. Menor to travel to New Jersey while under post-conviction supervision.

We write now in an excess of caution, to ask that the Court include the modification of standard travel conditions as part of the final judgement in accordance with the Court's June 29, 2021 order.

Thank you for your courtesy.

Respectfully,

Judith H. Weil

cc: Nicholas Chiuchiolo, Esq.
    Aline Flodr, Esq.
    Marites Menor

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2021